UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 97-276(04) (MJD)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| ROBERT JAMES JEFFERSON, | ) | |
| Defendant. | ) | |

The matter is before the Court on defendant Robert James Jefferson's motion for an extension of time to file an amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

For cause shown,

IT IS ORDERED that defendant shall have until March 1, 2019, to file the amended motion and any supplemental memorandum.

Dated: February 13, 2019

/s Michael J. Davis
MICHAEL J. DAVIS
United States District Court